UNITED STATES of America,
Appellee,

v.

Milton BLOOMBAUM, Appellant.

Nos. 11161, 11162.

United States Court of Appeals
Fourth Circuit.

Submitted May 29, 1967.

Decided June 21, 1967.

Milton Bloombaum on brief for appellant.

Thomas J. Kenney, U. S. Atty., and Paul R. Kramer, Asst. U. S. Atty., on brief for appellee.

Before HAYNSWORTH, Chief Judge, and SOBELOFF and CRAVEN, Circuit Judges.

PER CURIAM:

Affirmed on the opinion of the District Court. United States v. Bloombaum, D.Md., 261 F.Supp. 814.

Affirmed.

George L. BLANTON and Fannie Blanton, Petitioners,

v.

COMMISSIONER OF INTERNAL REVENUE, Respondent.

No. 24253.

United States Court of Appeals
Fifth Circuit.

July 14, 1967.

Arthur Glover, Amarillo, Tex., for petitioners.

Mitchell Rogovin, Asst. Atty. Gen., Lee A. Jackson, Harry Marselli, Harry Baum, Edward Lee Rogers, Attys., Dept. of Justice, Lester R. Uretz, Chief Counsel, IRS, Aaron D. Trub, Atty., IRS, Washington, D. C., for respondent.

Before RIVES, WISDOM and GOLDBERG, Circuit Judges.

PER CURIAM:

We agree with the findings of fact and decision of the Tax Court reported in 46 T.C. 527. The decision is therefore

Affirmed.